**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6363

In Re:  GIVIONNE RICHARDO JORDAN,

Petitioner.

On Petition for Writ of Mandamus.
(2:02-cr-00188-SB-1; 2:06-cv-00328-SB)

Submitted:  May 30, 2007          Decided:  June 14, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Givionne Richardo Jordan, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIUM:

Givionne Richardo Jordan petitions for a writ of mandamus, claiming there has been undue delay by the district court in disposing of his motion to compel production of his sentencing transcripts. The district court entered its final judgment order denying Jordan's 28 U.S.C. § 2255 motion, and that judgment disposed of Jordan's pending motions, including his motion to compel production of transcripts. This court subsequently denied a certificate of appealability and dismissed his appeal of that order. See United States v. Jordan, 2007 WL 1087390 (4th Cir. Apr. 6, 2007) (No. 07-6093) (unpublished). We therefore deny Jordan's petition for a writ of mandamus as moot. We grant Jordan leave to proceed in forma pauperis in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED